UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:22-cv-20114-JAL

CARLOS BRITO,

    Plaintiff,

v.

KENDALL VILLAGE ASSOCIATES, LTD., BRAIN FREEZE, LLC., VITAMIN SHOPPE INDUSTRIES LLC., and FOODGASM LLC.,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendant, FOODGASM LLC, ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on June 8, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Ray Garcia* |
| ANTHONY J. PEREZ, ESQ. | RAY GARCIA, ESQ. |
| Florida Bar No. 535451 | Florida Bar No. 115850 |
| GARCIA-MENOCAL & PEREZ, P.L. | Law Office of Ray Garcia, P.A. |
| 4937 S.W. 74th Court | 14850 SW 26th Street, Suite 204 |
| Miami, FL 33155 | Miami, Florida 33185 |
| Telephone: (305) 553-3464 | Telephone: (305) 227-4030 |
| Email: ajperez@lawgmp.com | Email: RGarcia@raygarcialaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Foodgasm, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this June 8, 2022.

    Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
     ANTHONY J. PEREZ